UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Donna Fulmore <br>     Plaintiff, <br><br> v <br><br> DRS Systems Bonded Credit Bureau, Inc <br>     Defendant | Civil Action No. <br><br> COMPLAINT AND DEMAND <br> FOR JURY TRIAL |

COMPLAINT

I. *Introduction*

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq* (hereinafter "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

II. *Jurisdiction*

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U S C §1337.

III. *Parties*

1

3. Plaintiff, Donna Fulmore, is a natural person residing at 28 Perry Street, Apt. 10B, Stamford, Connecticut 06902

4. Defendant, DRS Systems Bonded Credit Bureau, Inc (hereinafter referred to as "DRS") is a corporation engaged in the business of collecting debts in this state with its principal place of business located at 7745 E. Kemper Road, Cincinnati, Ohio 45249. The principal purpose of defendant DRS Systems Bonded Credit Bureau, Inc is the collection of debts using the mails and telephone, and defendant DRS Systems Bonded Credit Bureau, Inc regularly attempts to collect debts alleged to be due another.

IV  *Factual Allegations*

5. Prior to January of 2006, the plaintiff had incurred consumer debt owed to CitiFinancial

6. Upon information and belief, this consumer debt referred to above was turned over to the defendant for collection

7. At all times relevant to this complaint, the plaintiff was employed at Macy's in Stamford, Connecticut

8. In early 2006, an employee of defendant DRS, who is believed to be Michelle Gott, acting within the scope of her employment, contacted the plaintiff at her place of

2

business, Macy's, and spoke with the plaintiff about the consumer debt which DRS was attempting to collect

9. The plaintiff told the DRS employee not to call her at work and to only call her at home  The plaintiff told the employee that she was not permitted to receive personal calls at work

10. The DRS employee responded to the plaintiff's request by saying that they [DRS] would be contacting her where they could reach her and until she paid off the debt they were going to continue calling her at her work

11. Thereafter, the defendant DRS, through its employees who were a Michelle Gott, a person named Jason, a person named Adrian and others, made frequent phone calls to the plaintiff at the plaintiff's place of business, sometimes calling every other day  These phone calls continued into July of 2006.

12. During the period of time between January 2006 and July 2006, the plaintiff repeated her request that she not be contacted at work as her employer did not permit such calls, but the defendant continued to contact her at work

3

LICARI, WALSH & SKLAVER, LLC
105 COURT STREET, NEW HAVEN, CONNECTICUT 06511
--------------
(203) 752-1450
FAX (203) 752-1401

13    The plaintiff also requested that the defendant stop contacting her, but the defendant continued to do so

14    As a result of the acts alleged above, plaintiff became very anxious and stressed and also was very concerned about her employment in light of these persistent phone calls The anxiety and stress interfered with her ability to focus on her work and affected her mental health and caused her emotional distress.

### V. *First Claim for Relief*

15.  Plaintiff repeats and realleges and incorporates by reference paragraphs one through fourteen above.

16.  Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

> a.    The defendant has violated 15 U.S.C. sections 1692c(a)(1) and (3) which provide as follows:
>
> "Communication with the consumer generally – Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection

4

LICARI, WALSH & SKLAVER, LLC
105 COURT STREET NEW HAVEN, CONNECTICUT 06511
------------
(203) 752-1450
FAX (203) 752-1401

of any debt –

(1) at any unusual time or place or a time or place known or which should be known to be inconvenient to the consumer...

(2) ...

(3) at the consumer's place of employment if the debt collector knows or has reason to know that the consumer's employer prohibits the consumer from receiving such communications."

b.  The defendant has engaged in conduct the natural consequence of which is to harass, oppress, or abuse the plaintiff in connection with the collection of a debt in violation of 15 U.S.C. §1692d including but not limited to engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number in violation of 15 U.S.C. §1692d(5).

17. As a result of the above violations of the FDCPA, the defendant is liable to the plaintiff in the sum of plaintiff's actual damages, statutory damages, and costs and attorney's fees.

LICARI, WALSH & SKLAVER, LLC
105 COURT STREET, NEW HAVEN, CONNECTICUT 06511
-------------
(203) 752-1450
FAX (203) 752-1401

WHEREFORE, plaintiff respectfully prays that judgment be entered against the defendant in the amount of:

(a) actual damages pursuant to 15 U S C §1692k(a)(1);

(b) statutory damages pursuant to 15 U S C. §1692k(a)(2)(A).

(c) costs and reasonable attorney's fees pursuant to 15 U S C. §1692k(a)(3).

(d) for such other and further relief as may be just and proper

The Plaintiff requests a jury trial.

The Plaintiff Donna Fulmore

by _____
Gary P. Sklaver, Esq.
Plaintiff's Attorney
Fed. Bar No. ct07327
Licari, Walsh & Sklaver, LLC
105 Court Street, New Haven, CT 06511
Tel. 203 752-1450, Fax: 203 752-1401
Email: gsklaver@yahoo.com

6

LICARI, WALSH & SKLAVER, LLC
105 COURT STREET  NEW HAVEN, CONNECTICUT  06511
------------
(203) 752-1450
FAX (203) 752-1401

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Donna Fulmore<br>    Plaintiff<br><br>v<br><br>DRS Systems Bonded Credit<br>Bureau, Inc<br>    Defendant | )<br>)<br>)   Civil Action No.<br>)<br>)   COMPLAINT AND DEMAND<br>)   FOR JURY TRIAL<br>)<br>)<br>)<br>) |

DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands trial by jury in this action.

The Plaintiff Donna Fulmore

by _____
Gary P. Sklaver, Esq.
Plaintiff's Attorney
Fed. Bar No ct07327
Licari, Walsh & Sklaver, LLC
105 Court Street, New Haven, CT 06511
Tel. 203 752-1450, Fax: 203 752-1401
Email: gsklaver@yahoo com

LICARI, WALSH & SKLAVER, LLC
105 COURT STREET NEW HAVEN, CONNECTICUT 06511
------------
(203) 752-1450
FAX (203) 752-1401